IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| ANDREW JAMES GANDERT, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

On the defendant's oral motion, and without objection by the government,

IT IS ORDERED that Defendant Gandert's revocation hearing is continued to 4:30 p.m. on Tuesday, May 17, 2005, before the undersigned United States district judge, in Courtroom No. 2, U.S. Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge